FILED

01/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0521

PLANNED PARENTHOOD OF MONTANA, and JOEY BANKS, M.D., on behalf of themselves and their parents,

      Plaintiffs and Appellees,

v.

STATE OF MONTANA, by and through AUSTIN KNUDSEN, in his official capacity as Attorney General,

      Defendant and Appellant.

# ORDER

Upon consideration of Appellant's motion for a 14-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including January 19, 2022, within which to prepare, serve, and file the State's Opening Brief.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
January 3 2022